IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARILYN DAILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 13-0559-CG-B |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed,[1] the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 25th day of June, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

[1] The court notes that the report and recommendation was issued at the joint request of the parties for remand under 42 U.S.C. § 405(g) (Doc. 17), and the defendant filed a notice of no objection on June 23, 2014 (Doc. 19).