# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| MARILYN C. DALEY, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 13-0559-CG-B |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Order entered this date, the Plaintiff's Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act is hereby **GRANTED**, and the Plaintiff is awarded a reasonable attorney's fee in the amount of $3,906.71 under the Equal Access to Justice Act for legal services rendered by her attorney in this Court.

**DONE and ORDERED** this 21st day of October, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE