IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARILYN C. DAILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 13-0559-CG-B |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Order entered this dated, Petitioner's Motion for Attorney's Fees (Doc. 27) is **GRANTED**, and Petitioner Byron A. Lassiter, Esquire, is awarded attorney's fees pursuant to § 406(b) in the sum of $2,710.75. This sum is equal to twenty-five (25%) percent of the total past-due benefits awarded to Plaintiff, minus the administrative amount previously paid ($6,000). Because Petitioner seeks to retain the greater award of EAJA attorney's fees, he is instructed to refund to Plaintiff the lesser award under § 406(b) in the amount of $2,710.75.

**DONE and ORDERED** this 9th day of November, 2015.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE